# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTYANN BENNETT and § <br> PHYLLIS MARTIN § <br> § <br> VS. § <br> § <br> GIRL SCOUTS OF NORTHEAST TEXAS § | Case No. 4:09cv443 <br> (Judge Schneider/Judge Mazzant) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On February 5, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Girl Scouts of Northeast Texas' Renewed Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. #25) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Girl Scouts of Northeast Texas' Renewed Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. #25) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this 25th day of February, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE